## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

FILED/REC'D

2026 AUG -3 P 2: 10

CLERK OF COURT
U.S. DISTRICT COURT
W.D OF WI

**JACOB SELL,**

       **Plaintiff**

**vs.**

Case No. 26  CV  712  JDP

**VERNON COUNTY;**
**VERNON COUNTY SHERIFF'S OFFICE;**
**VILLAGE OF LA FARGE;**
**LA FARGE POLICE DEPARTMENT;**
**ROY TORGERSON, sheriff of Vernon County**
**STEVE PALMER, La Farge chief of police,**

       **Defendants**

---

## COMPLAINT

---

### I.  NATURE OF PROCEEDINGS

**101.** This is a civil action commenced under Title 42 of the United States Code , §1983 and other applicable provisions of laws of the United States and the State of Wisconsin brought to redress the violation of the plaintiff's rights guaranteed to him by the Constitution of the United States, which proximately caused extreme emotional distress and physical suffering. The actions of each defendant displayed deliberate indifference to plaintiff's constitutionally protected right to exercise free speech as guaranteed by the First Amendment to the United States Constitution, to be free from conditions of confinement that constitute cruel and unusual punishment as guaranteed by the Eighth Amendment of the United States Constitution and to be free from unlawful arrest (seizure) as guaranteed by the Fourth Amendment of the United States Constitution.

### II.  JURISDICTION AND VENUE

**201.** Jurisdiction over subject matter of this action is conferred by 28 U.S.C.S. §1331 (Federal Question Jurisdiction), 1343(A) (3) (42 U.S.C.S. §1983 Jurisdiction), and 28 U.S.C.S. §1367(a) Supplemental Jurisdiction for state law claim).

**202.** Venue is properly laid in the Western District of Wisconsin because the  wrongful acts complained of herein took place in Vernon County within the Western District of Wisconsin within the meaning of 28 U.S.C.S. §1392(B).

1

## III. EXHAUSTION OF LEGAL REMEDIES

**301.** Plaintiff sent a Claim and Notice of Claim to the Defendants Vernon County, Vernon County Sheriff's Office, Village of La Farge and La Farge Police Department in September 2023. Plaintiff received no response to these Claims and Notices of Claim.

## IV. PARTIES

### A. Plaintiff

**401. JACOB SELL** is an adult citizen of the United States and a resident of 121 S. State St., La Farge, WI 54639 in Vernon County.

### B. Defendants

**402. VERNON COUNTY** is a political subdivision of the State of Wisconsin located at 400 Courthouse Square, Suite 108, Viroqua, WI 54665.

**403. VERNON COUNTY SHERIFF'S OFFICE** is a law enforcement agency of Vernon County located at 1320 Badaxe Court, Viroqua, WI 54665.

**404. VILLAGE OF LA FARGE** is a municipal political entity in Vernon County, WI located at 105 W. Main St., La Farge, WI 54639.

**405. LA FARGE POLICE DEPARTMENT** is a law enforcement agency of the Village of La Farge located at 201 S. Cherry St., La Farge, WI 54639.

**406. ROY TORGERSON** is an adult citizen of the United States, currently a resident of 314 N. Washington St., Viroqua, WI 54665 and at all times material hereto, was employed as the sheriff of Vernon County.

**407. STEVE PALMER** is an adult citizen of the United States, currently a resident of 108 W. Maple Court, La Farge, WI 54639 and, at all times material hereto, was employed by the La Farge Police Department.

2

## V.  STATEMENT OF CLAIM AS TO ALL CAUSES OF ACTION AND VIOLATIONS OF LAW.

### COUNT 1:    UNLAWFUL ARREST AND RETALIATION FOR EXERCISING FREE SPEECH

501. On or about August 2, 2023 Jacob Sell was standing on the side of State St. in La Farge, WI speaking to his neighbor at the window of the neighbor's truck. Steve Palmer drove by Sell in the lane across from where Sell was standing. Sell remarked to his neighbor, "There's the thief." Palmer and Vernon County Sheriff's office would later arrest Sell for allegedly saying "two lawsuits, chief" to Palmer when he drove by Sell. They allege this violated terms of Sell's bond which prohibited Sell from contacting Palmer although Palmer did not claim at any time to be a victim of any crime. Palmer did not have probable cause to arrest Sell and it was clearly in retaliation for Sell making a public comment to his neighbor. This unlawful arrest constituted a violation of Sell's right to exercise free speech and a violation of Sell's right to be free of unreasonable seizures.

502. The Village of La Farge failed to provide their law enforcement employee training and guidance in not violating the civil rights of citizens and failed to have procedures in place to prevent the same. Vernon County, the Vernon County Sheriff's Office and Sheriff Roy Torgerson failed to provide their staff proper training in not violating the civil rights of citizens and failed to have procedures in place to prevent the same.

### COUNT 2:  UNNECESSARY AND WANTON INFLICTION OF PHYSICAL SUFFERING/ DELIBERATE INDIFFERENCE

503. While in Vernon County Sheriff's Department custody, Sell was held in solitary confinement without recourse for 27 hours before he was offered an hour out of his isolation cell. Sell spent 14 of the 27 hours in a cell with no running water. Sell notified jail staff multiple times that there was no water. This was on an especially hot summer day. Jail staff showed deliberate indifference to Sell's basic human need for water and violated Wisconsin Administrative Code when they failed to turn on the water in Sell's cell or provide Sell with additional fluids.

504. According to official climate records, the temperature in Viroqua, WI, where the jail in Vernon County is located, reached 100 degrees Fahrenheit that day. During that time, Sell was not provided with any water to drink, wash with, cool down with or flush the toilet with. During that 14 hours Sell was given 8 ounces of milk and 4 ounces of juice at breakfast and approximately 8 ounces of "kool aid" at lunch. Sell was not provided with any other fluids leading to Sell experiencing dehydration, physical suffering and emotional distress as a result.

505. Wisconsin Administrative Code DOC 350.06 (3)(f)(2) requires each cell in the Vernon County jail (built in 2005) to have hot and cold running water and makes no exception for this rule. Vernon County, the Vernon County Sheriff's Office and Sheriff Roy Torgerson failed to provide proper training of their staff to ensure this very important state requirement is maintained in their facility and failed to have procedures in place to ensure the standards established by Wisconsin Administrative Code DOC 350 were always upheld..

3

## VI.  APPROPRIATE AUTHORITY

**601**. A court is obliged to give a pro-se's allegations, however inartfully pleaded, a liberal construction. **Haines v. Keiner,** 404 U.S. 519, 520-21 (1972).

## VII.  DAMAGES

**701.** Due to the defendants' various wrongful acts including unlawful arrest, retaliation for exercising free speech, wanton and unnecessary infliction of physical suffering and deliberate indifference, the Plaintiff Jacob Sell suffered unnecessary physical suffering and emotional distress for all of which he seeks compensatory damages in the amount of $400,000.

**702.** Because the acts and omissions of the defendants were carried out maliciously or with reckless disregard for the plaintiff's fundamental human rights and Constitutionally protected rights, he seeks an award of punitive damages against the defendants in the amount of $800,000 to deter them, and others similarly situated, from similar wrongful acts and omissions in the future.

## VIII.  DEMAND FOR JURY TRIAL

**801.** Plaintiff JACOB SELL hereby demands a trial by Jury in all issues triable of right to a Jury.

## IX.  PRAYER FOR RELIEF

**901.** Wherefore, Plaintiff JACOB SELL does pray that this court will grant judgment against the defendants awarding him:  Monetary damages in an amount that will fairly compensate the Plaintiff for his suffering and distress as well as punitive damages and any further relief this court deems just.

The Plaintiff affirms the above to be true and accurate under penalty of perjury.

Dated this 1ˢᵗ day of August 2026

_____
Jacob Sell, plaintiff

4